| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Rebecca B | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>08/11/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States District Court<br>600 Granby Street<br>Norfolk, Virginia 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Norfolk Academy, Norfolk, VA |
| 2. Director | General Douglas MacArthur Foundation, Norfolk, VA |
| 3. Executor | Estate #1 |
| 4. Power of Attorney | ██████ Account #1 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2008 AUG 12 A 11: 20 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed (dental laboratory) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-27) | | | | | | | | | |
| 4. Hampton Roads Bankshares Inc | C | Int./Div. | L | T | | | | | |
| 5. Centennial Government Trust | B | Int./Div. | L | T | | | | | |
| 6. The Diamonds Trust | A | Int./Div. | K | T | | | | | |
| 7. Standard & Poor's 500 Depository Receipts Trust | A | Int./Div. | J | T | | | | | |
| 8. Taxable Bonds: | | | | | | | | | |
| 9. Gov't Natl Mtg. Assn Pool 5/15/20 Medium Term Notes | B | Int./Div. | K | T | Buy | 12/17 | K | | |
| 10. Sara Lee Corp. 6/19/08 Medium Term Note | A | Int./Div. | J | T | | | | | |
| 11. U.S. T-Note 8/15/07 | A | Int./Div. | | | Redeem | 8/15 | J | | |
| 12. U.S. TSY Inflation Index Notes 1/15/08 | A | Int./Div. | J | T | | | | | |
| 13. U.S. TSY Inflation Index Note 1/15/10 | A | Int./Div. | J | T | | | | | |
| 14. US TSY Inflation Index Notes 7-15-13 | A | Int./Div. | J | T | | | | | |
| 15. Hinsdale Bk & Tr Co. ILL 9/4/07 | A | Int./Div. | | | Redeem | 9/4 | J | | |
| 16. Florida Windstorm Underwriting Assn. 8/1/07 | A | Int./Div. | | | Redeem | 8/05 | J | | |
| 17. U.S. T-Note 8/15/08 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FHLMC 3/3/09 | A | Int./Div. | K | T | | | | | |
| 19. U.S. T-Note 5/15/14 | B | Int./Div. | J | T | | | | | |
| 20. FFCB 10/15/07 | A | Int./Div. | | | Redeem | 10/15 | J | | |
| 21. Oregon School Board Bond Due 6-30-10 | A | Int./Div. | J | T | | | | | |
| 22. Standard & Poor's Growth Index Fund | A | Int./Div. | K | T | | | | | |
| 23. Standards & Poor's Latin American 40 Index Fund | A | Int./Div. | J | T | | | | | |
| 24. MSCI EAFE Index Fund | A | Int./Div. | K | T | | | | | |
| 25. Standard & Poor's Midcap 400 Value Index Fund | A | Int./Div. | K | T | | | | | |
| 26. U.S. T-Note 10/31/11 | A | Int./Div. | J | T | | | | | |
| 27. U.S. T-Note 8/15/12 | A | Int./Div. | J | T | | | | | |
| 28. Farm, ████ VA | | None | M | W | | | | | |
| 29. Investment Account #2 directing (line 30) | | | | | | | | | |
| 30. Brokerage Account #2 holding (lines 31-88) | | | | | | | | | |
| 31. Centennial Tax Exempt Trust | B | Interest | K | T | | | | | |
| 32. Equities/Stocks: | | | | | | | | | |
| 33. E.I. DuPont De Nemours & Co. | A | Dividend | J | T | | | | | |
| 34. Exxon Mobil Corp. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric Co. | A | Dividend | L | T | | | | | |
| 36. International Paper Co. | A | Dividend | J | T | | | | | |
| 37. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 38. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 39. St. Joe Co. | A | Dividend | K | T | | | | | |
| 40. Hewlett-Packard Co. | A | Dividend | K | T | | | | | |
| 41. Dollar Tree Stores, Inc. | | None | K | T | | | | | |
| 42. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 43. Raytheon Co. | A | Dividend | J | T | | | | | |
| 44. Cameron Int'l. Corp. (formerly Cooper Cameron Corp.) | | None | K | T | | | | | |
| 45. Charles & Colvard Ltd. | A | Dividend | J | T | | | | | |
| 46. Conagra Inc (Del) | A | Dividend | | | Sold | 1/9 | J | D | |
| 47. Automatic Data Processing Inc. | A | Dividend | J | T | | | | | |
| 48. Dell, Inc. | | None | J | T | | | | | |
| 49. Honeywell International Inc. | A | Dividend | K | T | | | | | |
| 50. Covidien Ltd - spinoff of Tyco International | A | Dividend | J | T | Spinoff | 6/29 | J | B | |
| 51. Medtronic Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Microsoft Corp. | A | Dividend | J | T | | | | | |
| 53. | Tyco Electronics Ltd. Spinoff of Tyco International | A | Dividend | J | T | Spinoff | 6/29 | J | B | |
| 54. | Ace Limited Ord | A | Dividend | J | T | | | | | |
| 55. | Bank of America | A | Dividend | J | T | | | | | |
| 56. | Cisco Systems Inc. | | None | J | T | | | | | |
| 57. | Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 58. | American Cap Strategies | A | Dividend | J | T | Buy | 5/24 | J | | |
| 59. | General Motors Corp. | A | Dividend | | | Sold | 5/24 | J | D | |
| 60. | Johnson & Johnson | A | Dividend | J | T | | | | | |
| 61. | AT&T Corp. | B | Dividend | K | T | | | | | |
| 62. | Hampton Roads Bankshares, Inc. | B | Dividend | K | T | | | | | |
| 63. | Kraft Foods | A | Dividend | J | T | | | | | |
| 64. | Verizon Communications | A | Dividend | J | T | | | | | |
| 65. | I Shares Trust MSCI Eafe Index Fund | A | Dividend | K | T | Buy | 5/24 | J | | |
| 66. | Tax Exempt Bonds: | | | | | | | | | |
| 67. | Upper Occoquan Sew Auth VA 7/1/07 Regl Sew Rev Refund | A | Interest | | | Redeem | 7/2 | J | | |
| 68. | Fairfax Cnty VA 6/1/08 Public Impt & Refunding Ser 1999A | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

(1)

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Taxable Bonds: | | | | | | | | | |
| 87. U.S. T-Note 8/15/07 | A | Interest | | | Redeem | 8/15 | J | | |
| 88. Monsanto Co. 2/5/08 Medium Term Note | A | Interest | J | T | | | | | |
| 89. Wachovia Bank | A | Interest | K | T | | | | | |
| 90. ██████████ | F | Dividend | N | W | | | | | |
| 91. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 92. C.A. Associates, 2%, Norfolk, VA | G | Dividend | K | W | | | | | |
| 93. GJF Currituck Beach Associates, NC | A | Dividend | J | W | | | | | |
| 94. IRA - Equi-Vest | B | Dividend | L | T | | | | | |
| 95. Deferred Annuity - Equitable Life Ins. Co. | D | Distribution | L | T | Partial Dist | 12/11 | J | | |
| 96. IRA-Brokerage Acct #3 directing and holding (lines 97-127) | | | | | | | | | |
| 97. American Funds Washington Mutual Investors Fund | D | Int./Div. | J | T | | | | | |
| 98. American Funds Investment Company of America | A | Int./Div. | J | T | | | | | |
| 99. First Eagle Sogen Global Fund | B | Int./Div. | J | T | | | | | |
| 100. Ing International Value Fund | A | Int./Div. | J | T | | | | | |
| 101. Oakmark International Small Cap Fund | A | Int./Div. | J | T | | | | | |
| 102. Royce Micro-Cap Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Royce Pennsylvania Mutual Fund | A | Int./Div. | J | T | | | | | |
| 104. UBS Pace Money Market Investment Fund | A | Int./Div. | J | T | | | | | |
| 105. First Eagle Overseas Fund | A | Int./Div. | J | T | | | | | |
| 106. First Eagle Gold Fund | A | Int./Div. | | | Sold | 11/23 | J | | |
| 107. AIM Leisure Fund | A | Int./Div. | | | Sold | 11/23 | J | | |
| 108. Oppenheimer Real Estate Fund | A | Int./Div. | | | Sold | 1/19 | J | | |
| 109. Cohen & Steers Realty | A | Int./Div. | | | Sold | 11/23 | J | | |
| 110. Excelsior Small Cap Fund | A | Int./Div. | | | Sold | 11/23 | J | | |
| 111. John Hancock Classic Value Fund | A | Int./Div. | | | Sold | 5/30 | J | | |
| 112. Phoenix Mid Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 113. Thornburg Core Growth Fund | A | Int./Div. | J | T | | | | | |
| 114. Touchstone Mid Cap Growth Fund | A | Int./Div. | | | Sold | 11/23 | J | | |
| 115. Van Kampen Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 116. AIC SEI Investments FMA Small Company Fund | A | Int./Div. | | | Sold | 11/23 | J | | |
| 117. Alger Midcap Growth Fund | A | Int./Div. | J | T | Buy | 11/23 | J | | |
| 118. Allianz NFJ | A | Int./Div. | J | T | Buy | 5/30 | J | | |
| 119. Alpine International Real Estate | A | Int./Div. | J | T | Buy | 11/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Columbia Marsico 21st Century | A | Int./Div. | J | T | Buy | 1/19 | J | | |
| 121. Columbia Smallcap Value Fund | A | Int./Div. | J | T | Buy | 11/23 | J | | |
| 122. Eaton Vance Greater China Growth | B | Int./Div. | J | T | Buy | 1/19 | J | | |
| 123. Janus Adviser | B | Int./Div. | J | T | Buy | 1/19 | J | | |
| 124. JP Morgan Intrepid European Fund | A | Int./Div. | J | T | Buy | 11/23 | J | | |
| 125. Lord Abbett Developing Growth | A | Int./Div. | J | T | Buy | 11/23 | J | | |
| 126. MFS Utilities Fund | A | Int./Div. | J | T | Buy | 11/23 | J | | |
| 127. Wells Fargo Advantage Asia Pacific Fund | A | Int./Div. | J | T | Buy | 11/23 | J | | |
| 128. Brokerage Account #4 directing and holding (lines 129-178) | | | | | | | | | |
| 129. Resource Management Tax-Free Fund, Inc. | A | Interest | J | T | | | | | |
| 130. Equities/Stocks: | | | | | | | | | |
| 131. Adobe Systems Inc. | A | Dividend | J | T | Buy | 12/03 | J | | |
| 132. Aflac Inc. | A | Dividend | J | T | | | | | |
| 133. Canadian Pacific Railway Ltd. | A | Dividend | | | Sell | 11/20 | J | D | |
| 134. Johnson & Johnson | A | Dividend | | | Sell | 05/24 | J | A | |
| 135. Nestle | A | Dividend | J | T | | | | | |
| 136. Procter & Gamble Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Southern Co. | A | Dividend | J | T | | | | | |
| 138. Weingarten Realty | A | Dividend | | | Sell | 11/20 | J | C | |
| 139. Plum Creek Timber Co., Inc. | A | Dividend | J | T | | | J | | |
| 140. Royal Dutch Shell Co. (formerly Royal Dutch Pete Co.) | A | Dividend | | | Sell | 05/24 | J | C | |
| 141. Agrium Inc. | A | Dividend | J | T | | | | | |
| 142. Celgene Corp. | A | Dividend | | | Sell | 12/17 | J | B | |
| 143. Constellation Brands, Inc. | A | Dividend | | | Sell | 03/05 | J | C | |
| 144. Gilead Sciences Inc. | A | Dividend | J | T | | | | | |
| 145. Novartis A G Spon Adr | A | Dividend | | | Sell | 05/24 | J | A | |
| 146. Templeton Dragon Fund Inc. | A | Dividend | J | T | | | | | |
| 147. Washington Real Estate Invstment Trust | A | Dividend | K | T | | | | | |
| 148. Altria Group Inc | A | Dividend | J | T | | | | | |
| 149. Esterline Technologies Corp | A | Dividend | | | Sell | 01/04 | J | A | |
| 150. Principal Financial Group Inc | A | Dividend | | | Sell | 05/24 | J | A | |
| 151. United Technologies Corp | A | Dividend | J | T | | | | | |
| 152. Citizens Communication Co. | A | Dividend | J | T | | | | | |
| 153. Cognizant Tech Solutions Corp | A | Dividend | | | Sell | 03/05 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(●-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Freeport-McMoran Copper & Gold Inc. | A | Dividend | J | T | | | | | |
| 155. Glaxo Smithkline PLC | A | Dividend | | | Sell | 05/24 | J | | |
| 156. Honda Motor Co. | A | Dividend | | | Sell | 10/15 | J | A | |
| 157. Lehman Bros. Holdings | A | Dividend | | | Sell | 07/19 | J | A | |
| 158. Lockheed-Martin Corp. | A | Dividend | J | T | Buy | 11/06 | J | | |
| 159. Network Appliance Inc. | A | Dividend | | | Sold | 03/17 | J | A | |
| 160. IShares MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |
| 161. Bank of America | A | Dividend | | | Sold | 11/20 | J | | |
| 162. Bank of New York Mellon Corp. | A | Dividend | J | T | Buy | 11/26 | J | | |
| 163. Chevron Corp. | A | Dividend | J | T | Buy | 08/27 | J | | |
| 164. CSX Corp. | A | Dividend | J | T | Buy | 11/30 | J | | |
| 165. CVS Caremark Corp. | A | Dividend | J | T | Buy | 11/27 | J | | |
| 166. Deere and Co. | A | Dividend | J | T | Buy | 05/24 | J | | |
| 167. Dominion Resources Inc. | A | Dividend | J | T | Buy | 11/20 | J | | |
| 168. Exxon Mobile Corp. | A | Dividend | J | T | Buy | 08/27 | J | | |
| 169. Illumina Inc. | A | Dividend | J | T | Buy | 12/17 | J | | |
| 170. Merck & Co | A | Dividend | J | T | Buy | 10/23 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Nike Inc | A | Dividend | J | T | Buy | 10/11 | J | | |
| 172. Southern Copper Corp. | A | Dividend | J | T | Buy | 09/06 | J | | |
| 173. Vodafone Group | A | Dividend | J | T | Buy | 11/20 | J | | |
| 174. IShares MSCI EAFE Index Fund | A | Dividend | J | T | Buy | 12/03 | J | | |
| 175. IShares Trust S & P Latin America 40 Index Fund | A | Dividend | J | T | Buy | 12/03 | J | | |
| 176. Tax-Exempt Bonds: | | | | | | | | | |
| 177. Va St Pub Sch Auth Ser A matures 8/01/20 | A | Interest | K | T | | | | | |
| 178. Prince William County RV FGIC Mature 7/01/29 | A | Interest | K | T | Buy | 9/12 | K | | |
| 179. Heritage Bank | B | Interest | M | T | New Account | 8/8 | L | | |
| 180. Estate #1 (lines 181-182) | D | Interest | M | W | | | | | |
| 181. MetLife common stock | | | | | Sold | 6/12 | J | A | |
| 182. Branch Bank & Trust Co. Bank Account | | | | | | | | | |
| 183. ▬▬ Account #1 (line 184) | | | | | | | | | |
| 184. Branch Bank & Trust Co. Bank Account | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/11/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544